■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICK SMITH, Appellant. [682 NYS2d 913] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered March 3, 1997.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant was effectively waived by him as part of his plea agreement. Accordingly, the judgment of conviction is affirmed (*see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Miller, J. P., Thompson, McGinity and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SOTO, Appellant. [682 NYS2d 913] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Greenberg, J.), imposed May 19, 1997, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed.

The defendant waived his right to appeal as part of the negotiated plea agreement (*see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Mangano, P. J., Bracken, Sullivan and McGinity, JJ., concur.